In the Matter of TIMOTHY F. DINAN et al., Appellants, against LAZARUS JOSEPH, as Comptroller of the City of New York, Respondent.

Submitted November 29, 1954; decided December 3, 1954.

Motion for reargument denied, with $10 costs and necessary printing disbursements.   [See 304 N. Y. 696.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WOODROW HENDRICKS, Appellant.

Submitted November 29, 1954; decided December 3, 1954.

*Woodrow Hendricks,* in person, for motion.
No one opposed.

Motion granted and Jay Cox O'Brien, Esq., 100 State Street, Albany, New York, assigned as counsel to defendant on the appeal herein.